# Third District Court of Appeal

## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D18-2557 and 3D19-681
Lower Tribunal No. 14-17706

_____

**American Sales and Management Organization LLC d/b/a Eulen America,**
Appellant/Appellee,

vs.

**Juan Carlos Alvarez,**
Appellee/Appellant.


Appeals from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Holland & Knight LLP, and Joseph J. Mamounas, Christopher N. Bellows, Anthony J. Sirven, and Manuel A. Miranda, for appellant/appellee.

Avila Rodriguez Hernandez Mena & Ferri LLP, and Wilfredo A. Rodriguez and Marisol Vilasuso, for appellee/appellant.


Before EMAS, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.